1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625

6  Attorneys for defendants
   Hunt & Henriques, Michael S. Hunt
7  and Janalie Henriques

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12  JOHN RAFTER,                ) CASE NO.: CV10-4580 JFW (MANx)
13                              )
                                )
14         Plaintiff,            ) **PROOF OF SERVICE**
                                )
15     vs.                      )
                                )
16                              )
    HUNT & HENRIQUES, *et al.*   )
17                              )
                                )
18         Defendant.            )
                                )
19  _____ )

20

---

RAFTER V. HUNT & HENRIQUES ET AL. (CASE NO. CV10-4580 JFW (MANx))
DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following documents:

1) ANSWER TO COMPLAINT

2) DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

by causing such documents to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

John Rafter
19341 Sierra Perla Rd.
Irvine, CA 92603
Plaintiff in pro per

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 16th day of July, 2010.

_____
Stephanie Schmitt

---

RAFTER V. HUNT & HENRIQUES ET AL. (CASE NO. CV10-4580 JFW (MANx))
DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES                                    1.