TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for defendants
Hunt & Henriques, Michael S. Hunt
and Janalie Henriques

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN RAFTER, | CASE NO.: CV10-4580 JFW (MANx) |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| HUNT & HENRIQUES, *et al.* | |
| Defendant. | |

RAFTER V. HUNT & HENRIQUES ET AL. (CASE NO. CV10-4580 JFW (MANx))
PROOF OF SERVICE

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1) **DECLARATION OF LEAD TRIAL COUNSEL TOMIO B. NARITA RE: COMPLIANCE WITH GENERAL ORDER 08-02**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

John Rafter
19341 Sierra Perla Rd.
Irvine, CA 92603
Plaintiff in pro per

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 20th day of July, 2010.



Stephanie Schmitt

---

RAFTER V. HUNT & HENRIQUES ET AL. (CASE NO. CV10-4580 JFW (MANx))
PROOF OF SERVICE                                                 1.